Aaron Falstein, trading as Acme Leather Company, appellee, v. Heath & Milligan Manufacturing Company, appellant. Gen. No. 35,249.

 Heard in the third division of this court

610

for the first district at the June term, 1931. 
 Opinion filed March 16, 1932.
England, Dodge & O'Toole, for appellant; Clifton M. Kolb, of counsel. Ryan, Condon & Livingston, for appellee; David J. Greenberg and John M. Tuohy, of counsel.

Mr. Justice Wilson delivered the opinion of the court.